UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00051 |
| | ) | JUDGE SHARP |
| JOSHUA THOMAS SLIZOSKI | ) | |

**O R D E R**

Defendant Slizoski's Amended Motion to Dismiss the Indictment and for an Evidentiary Hearing (Docket No. 102) is hereby set for an evidentiary hearing on May 8, 2014, at 9:00 a.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE