UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. 3:13-00051 |
| | ) | **Judge Sharp** |
| **JOSHUA SLIZOSKI** | ) | |

## DEFENDANT'S MOTION TO WITHDRAW PENDING MOTION TO DISMISS

Joshua Slizoski, by and through counsel, hereby moves this Honorable Court for permission to withdraw his pending Motion to Dismiss and Amended Motion to Dismiss, as follows:

1. Mr. Slizoski filed a Motion to Dismiss (D/E 101) and an Amended Motion to Dismiss (D/E 102) (referred to collectively as "motions to dismiss") on January 13, 2014 and a supporting memorandum of law on January 15, 2014 (D/E 103). An evidentiary hearing on the motions to dismiss is set on August 18, 2014.

2. Since the filing of those motions, the parties have made progress in their settlement negotiations but have not yet reached an agreement. In light of the current status of the discussions between counsel for each party, Mr. Slizoski requests that his pending motions to dismiss and supporting memorandum be withdrawn and the evidentiary hearing cancelled.

Respectfully submitted,

s/Cynthia Sherwood McKenzie
Cynthia Sherwood McKenzie
201 Fourth Avenue North, Suite 1130
Nashville, TN 37219
615-873-5670
615-873-5671 (fax)