# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | No. 3:13-00051 |
| | ) | Chief Judge Sharp |
| JOSHUA THOMAS SLIZOSKI | ) | |

### ORDER GRANTING DEFENDANT'S MOTION
### FOR UNITED STATES MARSHAL TO ARRANGE FOR, AND FUND,
### TRAVEL EXPENSES FOR NECESSARY DEFENSE WITNESS

This matter is before the Court on defendant Joshua Thomas Slizoski's motion requesting that the Court direct the United States Marshal to arrange for the travel, and to pay the expenses associated with such travel, of a witness who will be subpoenaed to testify in the evidentiary hearing scheduled for April 13, 2015. Upon consideration of the motion and the entire record in this cause, the Court finds and orders as follows:

1. Jed Sharkey, the defense witness at issue in the motion to dismiss, is a necessary witness for the hearing. Mr. Sharkey resides in the state of Nebraska.

2. Upon the Clerk's issuance of a subpoena for Mr. Sharkey's appearance and testimony in this Court on April 13, 2015 at 1:30 p.m., defense counsel shall deliver the subpoena to the United States Marshal in the Middle District of Tennessee for service on Mr. Sharkey in Nebraska by the United States Marshal. The United States Marshal shall make and pay for travel arrangements necessary for Mr. Sharkey's appearance in accordance with the subpoena, including travel expenses from his home in Nebraska to Nashville, Tennessee, for travel expenses for the return trip to Mr. Sharkey's home in Nebraska, and for hotel accommodations as may be necessary for the witness's appearance.

It is so ordered.

_____
Kevin H. Sharp
Chief United States District Judge