UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:13-00051-3 |
| | ) | Judge Sharp |
| JOSHUA THOMAS SLIZOSKI | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, Defendant Joshua Slizoski's "Motion to Dismiss the Indictment Due to Government Interference With a Defense Witness" (Docket No. 187) is hereby DENIED. The trial date in this matter will be reset by separate Order.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE